# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132023

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DALRON HARRIS, a/k/a TIMOTHY McCLAIN,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132023
COA: 272291
Wayne CC: 94-007115-01

On order of the Court, the application for leave to appeal the August 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

s1120